IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM RUSSIA ) <br> IN THE MATTER OF ) <br> RIZOLIT CORPORATION ) | Misc. No. 06- |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Russian authorities.

                                                    COLM F. CONNOLLY  
                                                  United States Attorney

                                       By: /s/ Richard G. Andrews  
                                              Richard G. Andrews  
                                              Assistant U.S. Attorney  
                                              Delaware Bar I.D. No.2199  
                                              1007 N. Orange Street  
                                              Wilmington, DE   19801  
                                              (302) 573-6277

Dated: 5/9/06